**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: April 15, 2021**

Form a0ogrfnd
(Rev. 12/19)

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

| | |
|---|---|
| In Re:  Charlene M. Mazgaj | Case No.: 2:14–bk–51945 |
| Debtor(s) | Chapter:  13 |
| SSN/TAX ID:  xxx–xx–6974 | Judge:  John E. Hoffman Jr. |

ORDER GRANTING
APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. NO. 52)

   This matter is before the Court on the Application for Payment of Unclaimed Funds filed by Spring Solutions LLC on March 22, 2021.   It appears to the Court that the Application is well taken.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed funds in the amount of $1,940.38 to the order of Spring Solutions LLC at the following address:

PO Box 334
Glen Burnie MD 21060

   The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**IT IS SO ORDERED.**

Copies to:

Default List

United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215